UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80978-CIV-CANNON/McCabe

**MELBA INEZ PADILLA**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE**
**PLAINTIFF'S MOTION TO RESCHEDULE MEDIATION**

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion to Reschedule Mediation (the "Motion"), filed on January 24, 2024 [ECF No. 18]. Plaintiff seeks to move mediation to a new date and provides a sufficient reason for that request, but the Motion does not indicate whether mediation is to be held before the same mediator at the same time and physical address as previously proposed [ECF No. 14]. Nor does the Motion come accompanied by a proposed order, as required by the Local Rules and the Court's mediation requirements. *See* S.D. Fla. L.R. 7.1(2); [ECF No. 9 p. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of January 2024.

                                                **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record